UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Analyssa Lucien</u>
   Plaintiff

v.                <u>Civil Action No: 13-10866-NMG</u>

<u>EOS CCA et al</u>
   Defendants

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>GORTON, D.J.</u>

  The Court having been advised by the parties that an agreement in principle to resolve this action has been reached,  IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                By the Court,

                /s/ Kellyann Moore

<u>7/2/2013</u>              _____
 Date               Kellyann Moore
                 Deputy Clerk